COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony ABRUE, Petitioner.

Supreme Court of Pennsylvania.

May 1, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of May, 2009, the Petition for Allowance of Appeal is placed on hold pending resolution of *Commonwealth v. Allshouse,* 55 WAP 2008.

### In re ERIE GOLF COURSE

**Petition of Lake Erie Region Conservancy, Inc., and Committee to Keep Erie Golf Course Open.**

Supreme Court of Pennsylvania.

May 13, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of May, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

(1) Did the Commonwealth Court err when it determined that the Donated or Dedicated Property Act, 53 P.S. §§ 3381–86, is applicable to the Erie Golf Course property?

(2) If the Donated or Dedicated Property Act, 53 P.S. §§ 3381–86, is applicable in this case, did the Commonwealth Court err when it reversed and remanded to the trial court for further proceedings thereunder?